UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 05-482 M |
| v. ) | |
| ) | |
| COREY P. CLAIRMONT, ) | DETENTION ORDER |
| ) | |
| Defendant. ) | |
| _____ ) | |

<u>Offense charged</u>:

Possession of an Unregistered Firearm, in violation of 26 U.S.C. § 5861 (d).

<u>Date of Detention Hearing</u>:   October 18, 2005.

The Court conducted a detention hearing pursuant to 18 U.S.C. § 3142(f). Based upon the factual findings and statement of reasons for detention hereafter set forth, the Court finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)   The defendant is a risk of flight. The defendant has 3 previous failures to appear. In addition, the defendant was placed in escape status for a state violation. He has an unstable employment status and substance abuse problems.

DETENTION ORDER                                                                                                        15.13
18 U.S.C. § 3142(i)                                                                                                      Rev. 1/91
PAGE 1

01   (2) Defendant also poses a risk of danger to the community.  He was arrested for the
02 current firearms violation while on state supervision.  In addition, he has substance abuse
03 problems.
04   (3) No conditions or combination of conditions are apparent that will reasonably
05 assure the defendant's appearance at future Court hearings or the safety of the community..
06   IT IS THEREFORE ORDERED:
07   (1) Defendant shall be detained pending trial and committed to the custody of the
08     Attorney General for confinement in a correction facility separate, to the extent
09     practicable, from persons awaiting or serving sentences or being held in custody
10     pending appeal;
11   (2) Defendant shall be afforded reasonable opportunity for private consultation with
12     counsel;
13   (3) On order of a court of the United States or on request of an attorney for the
14     government, the person in charge of the corrections facility in which defendant
15     is confined shall deliver the defendant to a United States Marshal for the purpose
16     of an appearance in connection with a court proceeding; and
17   (4) The Clerk shall direct copies of this Order to counsel for the United States, to
18     counsel for the defendant, to the United States Marshal, and to the United States
19     Pretrial Services Officer.
20
  DATED this 18th day of October, 2005.
21
22       *James P. Donohue*
23       JAMES P. DONOHUE
      United States Magistrate Judge
24
25
26

DETENTION ORDER  15.13
18 U.S.C. § 3142(i)  Rev. 1/91
PAGE 2