# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COREY P. CLAIRMONT,<br><br>Defendant. | NO.  CR05-404-RSL<br><br>SUMMARY REPORT OF<br>U.S. MAGISTRATE JUDGE AS<br>TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on April 20, 2011.  The United States was represented by Assistant United States Attorney Andrew Colasurdo, and the defendant by Thomas Hillier.

The defendant had been charged and convicted of Possession of an Unregistered Firearm, in violation of 26 U.S.C. § 5861(d).  On or about April 20, 2006, defendant was sentenced by the Honorable Robert S. Lasnik, to a term of 60 months in custody, to be followed by 3 years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions.  Special conditions imposed included, but were not limited to, participation in a substance abuse program, financial disclosure, possess no firearms, submit to search, cooperate with DNA

collection as directed, and provide the probation officer with access to any requested financial information.

In a Petition for Warrant or Summons, dated April 12, 2011, U.S. Probation Officer Andrew J. Lorenzen asserted the following violation by defendant of the conditions of his supervised release:

1. Failing to notify the probation officer ten days prior to any change in residence or employment, on or about March 25, 2011, in violation of standard condition 6.

2. Using methamphetamine on or before March 29, April 6 and 8, 2011, in violation of standard condition 7.

3. Failing to participate in a substance abuse treatment program as directed on or about April 8, 2011, in violation of the special condition that he participate in drug treatment and urinalysis testing as directed.

4. Failing to report to the probation officer as directed on or about April 22, 2011, in violation of standard condition 2.

The defendant was advised of his rights, acknowledged those rights, and admitted to alleged violation numbers 1, 2, 3 and 4.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as set forth in violation numbers 1, 2, 3 and 4, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Robert S. Lasnik on May 5, 2011 at 10:00 a.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 20th day of April, 2011.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2

cc: District Judge: Honorable Robert S. Lasnik
AUSA: Andrew Colasurdo
Defendant's attorney: Thomas Hillier
Probation officer: Andrew J. Lorenzen

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 3