## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COREY P. CLAIRMONT,<br><br>Defendant. | NO. CR05-404-RSL<br><br>SUMMARY REPORT OF<br>U.S. MAGISTRATE JUDGE AS<br>TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on July 27, 2011. The United States was represented by Assistant United States Attorney Andrew Friedman, and the defendant by Nancy Tenney.

The defendant had been charged and convicted of Possession of an Unregistered Firearm, in violation of 26 U.S.C. § 5861(d). On or about April 20, 2006, defendant was sentenced by the Honorable Robert S. Lasnik, to a term of 60 months in custody, to be followed by 3 years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in substance abuse program, financial disclosure, possess no firearms; submit to a search, cooperate with DNA

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

collection as directed, and provide the probation officer with access to any requested financial information.

In a Petition for Warrant or Summons, dated June 20, 2011, U.S. Probation Officer Andrew J. Lorenzen asserted the following violation by defendant of the conditions of his supervised release:

1. Failure to participate in and successfully complete the Location Monitoring program as directed on or before June 20, 2011, in violation of the special condition.

The defendant was advised of his rights, acknowledged those rights, and admitted to alleged violation number 1.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as set forth in violation number 1, and that the Court conduct a hearing limited to disposition. A disposition hearing on this violation has been set before the Honorable Robert S. Lasnik on August 26, 2011 at 10:30 a.m..

Pending a final determination by the Court, the defendant has been detained.

DATED this 28th day of July, 2011.

JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge: Honorable Robert S. Lasnik
    AUSA: Andrew Friedman
    Defendant's attorney: Nancy Tenney
    Probation officer: Andrew J. Lorenzen

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2