UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>COREY P. CLAIRMONT,<br><br>                Defendant. | Case No. CR05-404-RSL<br><br>**PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE** |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on June 21, 2012. The defendant appeared pursuant to a warrant issued in this case. The United States was represented by Andrew Friedman, and defendant was represented by Nancy Tenney. Also present was U.S. Probation Officer Todd Sanders. The proceedings were digitally recorded.

## SENTENCE AND PRIOR ACTION

Defendant was sentenced on April 20, 2006, by the Honorable Robert S. Lasnik for Possession of an Unregistered Firearm. He received 60 months of detention and 3 years supervised release. Mr. Clairmont was released from custody on April 28, 20120, and began his three year term of supervised release.

In correspondence dated April 12, 2011, the Court was notified that Mr. Clairmont had

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE - 1

violated the conditions of supervised release by failing to notify the probation officer ten days prior to any change in residence or employment, on or about March 25, 2011, using methamphetamine on or before March 29, April 6 and 8, 2011; and failing to report to the probation officer as directed on or about April 11, 2011. Mr. Clairmont admitted to the violations On May 18, 2011, Mr. Clairmont was sentenced to 40 days detention followed by 2 years of supervised release. In addition to the reimposition of the previously ordered conditions, Mr. Clairmont was also directed to participate in the Location Monitoring Program for 120 days.

On June 21, 2011 a warrant was issued for violations of his supervised release. Mr. Clairmont admitted to the violation of failing to participate in and successfully complete the Location Monitoring Program for a period for 120 days, as directed by the probation officer. He was sentenced to 4 months detention, followed by 2 years of supervised release.

## PRESENTLY ALLEGED VIOLATIONS

In a petition dated January 4, 2012, U.S. Probation Officer Andrew J. Lorenzen alleged that defendant violated the following conditions of supervised release:

1. Using methamphetamine on or before December 12, 2011, in violation of standard condition 7.

2. Failing to participate in and successfully complete residential substance abuse treatment as directed on or about December 21, 2011, in violation of standard condition number 6.

3. Failing to notify the probation officer at least ten days prior to any change in residence or employment, on or about December 19, 2011, in violation of standard condition number 6.

4. Failing to report for drug testing as directed on December 22 and 29, 2011, in violation of the special condition.

## FINDINGS FOLLOWING EVIDENTIARY HEARING

Defendant admitted the above violations, waived any hearing as to whether they occurred,

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE - 2

and was informed the matter would be set for a disposition hearing July 10, 2012 at 10:00 a.m. before District Judge Robert S. Lasnik.

**RECOMMENDED FINDINGS AND CONCLUSIONS**

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 21st day of June, 2012.

BRIAN A. TSUCHIDA
United States Magistrate Judge

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE - 3